UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>FEDERAL BUREAU OF INVESTIGATION, )<br><br>Defendant. ) | Civil Action No. 22-3379 (JEB) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 19, 2022, Minute Order, Plaintiff and Defendant, Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, hereby provide the following joint status report.

1. This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on November 3, 2022. ECF No. 1. Plaintiff generally seeks video recordings taken by the FBI at three specific events in 2020 and 2021.

2. The FBI has assessed that the only releasable records responsive to FOIPA request number 1511573-000 are that which are already publicly available, and hopes to reach an agreement with Plaintiff on how to move forward with this request. The FBI has confirmed its prior response that it was unable to identify records responsive to FOIPA request 1511579-000 and is working to confirm its prior response for FOIPA request 1511605-000.

3. At this time, Defendant does not anticipate the need for an *Open America* stay in this case.

    4.       The Parties propose deferring the question of whether a *Vaughn* index will be required in this case and whether summary judgment briefing is anticipated until responses have concluded.

    5.       The Parties propose to file an additional JSR no later than April 5, 2023.

    6.       A proposed order is enclosed.

Dated:  March 6, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     /s/ Sean M. Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov


 /s/ Jeremiah L. Morgan
(D.C. Bar No. 1012943)
Robert J. Olson
(D.C. Bar No. 1029318 )
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
jmorgan@lawandfreedom.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 22-3379 (JEB) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Defendant. | ) |

**[Proposed] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by April 5, 2023 an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2023.

_____
U.S. DISTRICT COURT JUDGE