UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-3379 (JEB) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's December 19, 2022, Minute Order, Plaintiff and Defendant, Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, hereby provide the following joint status report.

1. This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on November 3, 2022. ECF No. 1. Plaintiff generally seeks video recordings taken by the FBI at three specific events in 2020 and 2021.

2. As noted in previous joint status reports, the FBI reported that it had confirmed with the requester its prior response that it was unable to identify records responsive to FOIPA request 1511579-000 and FOIPA request 1511605-000.

3. With respect to FOIPA request number 1511573-000, the responsive material consists of aerial surveillance video "during the Kenosha, Wisconsin riots" in August 2020. The FBI asserts that, except for portions of the video that were disclosed publicly at trial, the video is exempt from disclosure under Exemption 7(E) and potentially additional exemptions. The FBI is consulting with other agencies to determine what portions of the video were made public.

4. The Parties propose to file an additional JSR no later than June 5, 2023.

     5.     A proposed order is enclosed.

Dated: May 5, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Sean M. Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

 /s/ Jeremiah L. Morgan
(D.C. Bar No. 1012943)
Robert J. Olson
(D.C. Bar No. 1029318 )
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
jmorgan@lawandfreedom.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 22-3379 (JEB) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) | |
| Defendant. | ) ) ) | |

### [Proposed] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by June 5, 2023 an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2023.

_____
U.S. DISTRICT COURT JUDGE