UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 22-3379 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's May 8, 2023, Minute Order, Plaintiff and Defendant, Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, hereby provide the following joint status report.

1. This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on November 3, 2022. ECF No. 1. Plaintiff generally seeks video recordings taken by the FBI at three specific events in 2020 and 2021.

2. As noted in previous joint status reports, the FBI reported that it had confirmed with the requester its prior response that it was unable to identify records responsive to FOIPA request 1511579-000 and FOIPA request 1511605-000.

3. With respect to FOIPA request number 1511573-000, the responsive material consists of aerial surveillance video "during the Kenosha, Wisconsin riots" in August 2020. The FBI asserts that, except for portions of the video that were disclosed publicly at trial, the video is exempt from disclosure under Exemption 7(E) and potentially additional exemptions. On June 2, 2023, the FBI directed Plaintiff to a publicly available recording of the trial, which shows the

portions of video that were disclosed at trial.  The parties continue to discuss next steps with respect to the non-disclosed video.

    4.      The Parties propose to file an additional JSR with proposed next steps by July 6, 2023.

    5.      A proposed order is enclosed.

Dated:  June 5, 2023                      Respectfully submitted,

                                            MATTHEW M. GRAVES, D.C. Bar. #481052
                                            United States Attorney

                                            BRIAN P. HUDAK
                                            Chief, Civil Division

                              By:    */s/ Sean M. Tepe*
                                            SEAN M. TEPE, DC Bar #1001323
                                            Assistant United States Attorney
                                            601 D Street, N.W.
                                            Washington, D.C. 20530
                                            Phone: (202) 252-2533
                                            Email: sean.tepe@usdoj.gov


                                             */s/ Jeremiah L. Morgan*
                                            (D.C. Bar No. 1012943)
                                            Robert J. Olson
                                            (D.C. Bar No. 1029318 )
                                            William J. Olson
                                            (D.C. Bar No. 233833)
                                            William J. Olson, P.C.
                                            370 Maple Avenue West, Suite 4
                                            Vienna, VA 22180-5615
                                            703-356-5070 (telephone)
                                            703-356-5085 (fax)
                                            jmorgan@lawandfreedom.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-3379 (JEB) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**[Proposed] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by July 6, 2023 an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2023.

_____
U.S. DISTRICT COURT JUDGE