UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-3379 (JEB) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated:  January 30, 2024                  Respectfully submitted,

                                          MATTHEW M. GRAVES, D.C. Bar. #481052
                                          United States Attorney

                                          BRIAN P. HUDAK
                                          Chief, Civil Division

                          By:    /s/ Sean M. Tepe
                                          SEAN M. TEPE, DC Bar #1001323
                                          Assistant United States Attorney
                                          601 D Street, N.W.
                                          Washington, D.C. 20530
                                          Phone: (202) 252-2533
                                          Email: sean.tepe@usdoj.gov


                                          /s/ Jeremiah L. Morgan
                                          Jeremiah L. Morgan
                                          (D.C. Bar No. 1012943)
                                          Robert J. Olson
                                          (D.C. Bar No. 1029318)
                                          William J. Olson, P.C.
                                          370 Maple Avenue West, Suite 4

Vienna, VA 22180-5615<br>
703-356-5070 (telephone)<br>
703-356-5085 (fax)<br>
jmorgan@lawandfreedom.com